**Order entered July 22, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-00211-CR

**MITCHELL, CHRISTEN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F10-61101-U**

## ORDER

The Court has before it appellant Christen Mitchell's July 18, 2013 "Motion for Release of Oral Argument Recording and Transcript and to Extend Time to File Motion for Rehearing." We **GRANT IN PART** appellant's motion and **ORDER** that any motion for rehearing is to be filed on or before **August 29, 2013**. In all other respects appellant's motion is **DENIED**.

/s/     ROBERT M. FILLMORE
         JUSTICE